UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHARLES F. SCHROCK, o/b/o ROBERT E. SCHROCK, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 3:14-CV-1528 JD |

**OPINION AND ORDER**

Now before the Court is the Commissioner's motion to vacate and remand this case for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). [DE 22]. Plaintiff has not responded to the motion, and his time to do so has lapsed. In addition, although the conclusion of Plaintiff's opening brief asks the Court to award benefits, the body of his brief only argues that remand is required. Therefore, the Court GRANTS the Commissioner's motion to remand as unopposed.

It is hereby ORDERED that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. On remand, the Appeals Council will send the claim to an administrative law judge (ALJ) for a hearing and decision regarding Plaintiff's claim of disability. The ALJ will, inter alia, (1) reevaluate the claimant's mental impairments and limitations associated therewith, particularly with respect to the claimant's difficulties with social functioning; (2) reassess the claimant's residual functional capacity and provide a nexus between the medical evidence and the limitations found therein; (3) obtain supplemental vocational expert testimony regarding the claimant's ability to perform past relevant work or, alternatively, work

that exists in significant numbers in the national economy and ensure that the vocational expert testimony does not conflict with the Dictionary of Occupational Titles in accordance with Social Security Ruling 00-4p; and (4) resolve any conflicting testimony from the vocational expert related to the limitations outlined in the hypothetical questions.

SO ORDERED.

ENTERED: January 7, 2015

/s/ JON E. DEGUILIO
Judge
United States District Court